**Order entered January 3, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01350-CV

### IN RE ESTATE OF PATRICIA ANN HERNANDEZ, DECEASED

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2002-1-40P**

## ORDER

Before the Court is court reporter Kimala S. Woods's December 30, 2016 request for extension of time to file the reporter's record. We **GRANT** the request and **ORDER** Ms. Woods to file the reporter's record by January 30, 2017.

/s/      ELIZABETH LANG-MIERS
         JUSTICE